# United States District Court
## Southern District of Georgia

QUANTOVIA ROBINSON,

    Plaintiff,

v.

MR. JACKSON; MR. TATUM; MR. MIMBS; MR. MORIN; and MR. SMATTERS,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 319-092

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 11, 2020, the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion; therefore, this case is DISMISSED without prejudice. This case stands CLOSED.

03/11/2020
*Date*

Scott L. Poff
*Clerk*

*Jamie Hodge*
(By) Deputy Clerk